

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 29, 2023

**BY ECF**

The Honorable Andrew E. Krause
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

      Re:    *United States v. Mario Elpidio Chavez Millan*, 23 Cr. 451
             **Application to Exclude Time**

Dear Judge Krause:

      The Government respectfully requests that the Court exclude the time between August 30, 2023 and September 7, 2023, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

      On August 29, 2023, an Indictment was returned against the defendant. The parties have since requested that an arraignment be scheduled before the Honorable Victoria Reznik, United States Magistrate Judge, on September 7, 2023. The Government submits that an exclusion of time between August 30, 2023 and September 7, 2023 would serve the interests of justice by both allowing the defendant time to speak to his counsel and giving the parties an opportunity to discuss a potential pretrial disposition of this matter.

      The Government has conferred with defense counsel, and the defense does not object to this request.

> **APPLICATION GRANTED.** Time is excluded under the Speedy Trial Act until September 7, 2023. For the reasons set forth in the application, the ends of justice served by granting the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.
> Dated: August 30, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
     David A. Markewitz
     Assistant United States Attorney
     (914) 993-1920

SO ORDERED.

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge