**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

September 12, 2023

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 9/12/2023
White Plains, NY

Time excluded under Speedy Trial Act through 9/22/2023

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

Re:   *United States v. Mario Elpidio Chavez Millan*, 23 Cr. 451 (VB)
      Application to Exclude Time

Dear Judge Briccetti:

The Government respectfully requests that the Court exclude the time between September 21, 2023 and September 22, 2023, the date of the initial pre-trial conference, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A).

The defendant was arraigned on the Indictment on September 7, 2023. During that proceeding, the Honorable Victoria Reznik, United States Magistrate Judge, excluded time until September 21. The Government submits that a further exclusion of time between September 21 and the initial conference would serve the interests of justice by both allowing the defense time review discovery and giving the parties an opportunity to discuss a potential pretrial disposition of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
    David A. Markewitz
    Assistant United States Attorney
    (914) 993-1920

Cc:   Joseph Caldarera, Esq. (by ECF)