UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MARIO ELPIDIO CHAVEZ MILLAN,
                              Defendant.
--------------------------------------------------------------x

**ORDER**

23 CR 451 (VB)

3/13/24

      The Court conducted a conference today at which it considered the application of defendant's counsel, Joseph Caldarera, Esq., to be relieved as defendant's attorney in this case. The Court's courtroom deputy had previously advised Mr. Caldarera that his application would be considered at the conference. Despite that knowledge, Mr. Caldarera did not attend the conference, without seeking or obtaining permission from the Court not to attend. Another attorney from Mr. Caldarera's firm appeared on his behalf, but because that attorney was unfamiliar with the case, he was not able to answer the Court's questions about Mr. Caldarera's application. The Court deferred ruling on the application because it did not have sufficient information upon which to make a ruling. The matter was continued until **March 20, 2024, at 2:00 p.m.**

      Mr. Caldarera is directed to attend the March 20, 2024, conference in person.

Dated: March 13, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge