UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MARIO ELPIDIO CHAVEZ MILLAN,
           Defendant.
--------------------------------------------------------------x

**ORDER**

23 CR 451 (VB)

For the reasons stated on the record today at a hearing in this matter, Joseph Caldarera, Esq., and the Law Offices of Robert Tsigler, PLLC, are hereby relieved as defendant's attorneys, and Benjamin D. Gold, Esq., of the Federal Defenders of New York is hereby re-appointed as defendant's attorney pursuant to the Criminal Justice Act.

The next conference in this case is scheduled for May 7, 2024, at 11:00 a.m.

Time is excluded under the Speedy Trial Act until May 7, 2024, for the reasons stated on the record today.

Dated: March 20, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge