UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA

v.

MARIO ELPIDIO CHAVEZ MILLAN,

Defendant.

———————————————————————

~~Proposed~~ Order of Restitution

23 Cr. 451 (VB)

Upon the application of the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, David A. Markewitz, Assistant

United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count

Three of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

Mario Elpidio Chavez Millan, the defendant, shall pay restitution in the total amount of

$1,000, pursuant to 18 U.S.C. § 3663(a)(3), to the victims of the offense charged in Count Three.

The names, addresses, and amounts owed to the victims are set forth in the Schedule of Victims,

attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of

address of a victim, the Clerk of the Court is authorized to send payments to the new address

without further order of this Court.

2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other

assets of the defendant, including whether any of these assets are jointly controlled; projected

earnings and other income of the defendant; and any financial obligations of the defendant;

including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

### 3.    Payment Instructions

Restitution payments shall be made using the money seized from the defendant at the time of his arrest. Accordingly, the defendant does not need to make any additional payments to the Clerk of the Court.

### 4.    Term of Liability

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

5. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____                    09/27/2024
David A. Markewitz                                 DATE
50 Main Street, Suite 1100
White Plains, NY 10606
Tel.: (914) 993–1920


MARIO ELPIDIO CHAVEZ MILLAN

By: _____                    10/3/24
Mario Elpidio Chavez Millan                        DATE


By: _____                    10/3/24
Benjamin Gold, Esq.                                DATE
Federal Defenders of New York, Inc.
Attorney for Defendant
81 Main Street, Suite 300
White Plains, NY 10601
Ben_gold@fd.org


SO ORDERED:


_____                          10/9/2024
HON. VINCENT L. BRICCETTI                           DATE
UNITED STATES DISTRICT JUDGE